**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Carpenters and Joiners Welfare Fund, etc.,

Plaintiffs,

v.

CJ'S 20/20 Construction Service, Inc. and Dean Johnson,

Defendants.

00CV1331 (DDA/FLN)

**ORDER**

---

The above entitled matter is hereby dismissed, without prejudice, for lack of prosecution.

DONALD D. ALSOP, Senior Judge
United States District Court

Dated: October 23, 2000.

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______